# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

LEONARD LAWSON,

      Plaintiff,

    vs.

DOORDASH, INC.,

      Defendant.

Case No. 23-00110-CV-W-BP

Honorable Chief Judge Beth Phillips

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

    **PLEASE TAKE NOTICE** Plaintiff Leonard Lawson hereby voluntarily dismisses this action against Defendant DoorDash, Inc. pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), with prejudice. Plaintiff and Defendant are to bear their own attorneys' fees and costs.

2205039.1

Dated:  March 31, 2023    Respectfully submitted,

ELLIS GEORGE CIPOLLONE
O'BRIEN ANNAGUEY LLP
  George B. A. Laiolo
  Matthew L. Venezia

By:   */s/ George B. A. Laiolo*
     George B. A. Laiolo, *Pro Hac Vice*
     44 Montgomery Street, Suite 1280
     San Francisco, CA 94104
     Phone:  (415) 391-7100
     Fax:  (415) 391-7198
     Email:  glaiolo@egcfirm.com

     Matthew L. Venezia
     2121 Avenue of the Stars, Suite 3000
     Los Angeles, CA 90067
     Phone: (310) 274-7100
     Fax: (310) 275-5697
     Email: mvenezia@egcfirm.com

     Brandon J.B. Boulware  MO Bar # 54150
     Jeremy M. Suhr     MO Bar # 60075
     BOULWARE LAW, LLC
     1600 Genessee Street, Suite 416
     Kansas City, MO 64102
     Tele/Fax: (816) 492-2826
     Email: brandon@boulware-law.com
     Email: jeremy@boulware-law.com

     ***Attorneys for Plaintiff, Leonard Lawson***

## CERTIFICATE OF SERVICE

   I hereby certify that on March 31, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

       */s/ George B. A. Laiolo*
       Attorney for Plaintiff

2205039.1