# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| LEONARD LAWSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:23-cv-00110-BP |
| DOORDASH, INC., | ) ) ) |
| Defendant. | ) ) |

## CLERK'S ORDER OF DISMISSAL

On the 31st day of March 2023, the Plaintiff herein having filed a Notice of Dismissal With Prejudice,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice against Defendant DoorDash, Inc. Each party to bear its own costs and attorneys' fees.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date: April 3, 2023